Exhibit "1"

# Exhibit "1"

 **CT Corporation**

**Service of Process Transmittal**
08/19/2020
CT Log Number 538119125

TO: Alana Kirby
Love's Travel Stops and Country Stores, Inc.
10601 N PENNSYLVANIA AVE
OKLAHOMA CITY, OK 73120-4108

RE: **Process Served in Florida**

FOR: Love's Travel Stops & Country Stores, Inc. (Domestic State: OK)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Deborah Flickinger, Pltf. vs. Love's Travel Stops & Country Stores, Inc., etc., Dft. |
| DOCUMENT(S) SERVED: | - |
| COURT/AGENCY: | None Specified<br>Case # 20CA006356 |
| NATURE OF ACTION: | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Plantation, FL |
| DATE AND HOUR OF SERVICE: | By Process Server on 08/19/2020 at 12:34 |
| JURISDICTION SERVED: | Florida |
| APPEARANCE OR ANSWER DUE: | None Specified |
| ATTORNEY(S) / SENDER(S): | None Specified |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 08/19/2020, Expected Purge Date: 08/24/2020<br><br>Image SOP<br><br>Email Notification, Sarah Glick  sarah.glick@loves.com<br><br>Email Notification, Coree Stevenson  coree.stevenson@loves.com<br><br>Email Notification, Karolina Roberts  karolina.roberts@loves.com<br><br>Email Notification, Alana Kirby  alana.kirby@loves.com<br><br>Email Notification, Skye Balzer-Roam  skye.balzer-roam@loves.com |
| SIGNED:<br>ADDRESS: | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604 |
| For Questions: | 866-331-2303<br>CentralTeam1@wolterskluwer.com |

Page 1 of 1 / JD

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



# PROCESS SERVER DELIVERY DETAILS

| | |
|---|---|
| **Date:** | Wed, Aug 19, 2020 |
| **Server Name:** | Warren Sua |
| **Location:** | Hollywood, FL |

| | |
|---|---|
| Entity Served | LOVE'S TRAVEL STOPS & COUNTRY STORES, INC. |
| Agent Name | CT CORPORATION SYSTEM |
| Case Number | 20CA006356 DIV H |
| Jurisdiction | FL |



Filing # 111604013 E-Filed 08/11/2020 01:36:24 PM

IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY, FLORIDA
CASE NO. 20CA006356 DIV. H

DEBORAH FLICKINGER

   Plaintiff,

-v-

LOVE'S TRAVEL STOPS &
COUNTRY STORES, INC., a foreign
corporation authorized to do business
in the state of Florida,

   Defendant.
_____/

TIME: 12:00 pm
DATE: 8/19/2020
SERVER: WS
SUMMONS ID #: 1547

THE STATE OF FLORIDA
TO: ALL AND SINGULAR THE SHERIFFS OF THE STATE:

YOU ARE COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE *COMPLAINT* OR PETITION IN THIS ACTION ON:

DEFENDANT: LOVE'S TRAVEL STOPS & COUNTRY STORES, INC.
     Registered Agent: CT Corporation System
     1200 S. Pine Island Rd., Plantation FL 33324

EACH DEFENDANT IS REQUIRED TO SERVE WRITTEN DEFENSES TO THE *COMPLAINT* OR PETITION IN THIS ACTION ON:

    ATTORNEY FOR PLAINTIFF
    TONY GRIFFITH, ESQ.
    Tanney, Griffith & Bresler, P.A.
    29605 U.S. 19 North, Suite 210
    Clearwater, FL 33761
    (727) 781-8817

WITHIN 20 DAYS AFTER SERVICE OF THIS SUMMONS ON THAT DEFENDANT/RESPONDENT, EXCLUSIVE OF THE DAY OF SERVICE, AND TO FILE THE ORIGINAL OF THE DEFENSES WITH THE CLERK OF THIS COURT EITHER BEFORE SERVICE ON PLAINTIFF'S ATTORNEY OR IMMEDIATELY THEREAFTER. IF A DEFENDANT/RESPONDENT FAILS TO DO SO, A DEFAULT WILL BE ENTERED AGAINST THAT DEFENDANT/RESPONDENT FOR THE RELIEF DEMANDED IN THE COMPLAINT OR PETITION.

WITNESS, MY HAND AND SEAL OF THIS COURT ON 8/12/2020

       PAT FRANK
       CLERK OF THE CIRCUIT COURT
       By: _____
         Deputy Clerk

IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY, FLORIDA

CASE NO. _____

DEBORAH FLICKINGER

    Plaintiff,

-v-

**SUIT FOR NEGLIGENCE**
**DEMAND FOR JURY TRIAL**

LOVE'S TRAVEL STOPS &
COUNTRY STORES, INC., a foreign
corporation authorized to do business
in the state of Florida,

    Defendant.
_____/

## COMPLAINT

Plaintiff, DEBORAH FLICKINGER, sues the Defendant, LOVE'S TRAVEL STOPS & COUNTRY STORES, INC., and alleges as follows:

1. That this is an action for damages that exceed THIRTY THOUSAND ($30,000) DOLLARS. Plaintiff was required to place a value of the claim on the civil cover page. Plaintiff used the jurisdictional court limit on the cover page. This amount was not intended to replace the jury's valuation of the case, nor to provide the attorney's undiscoverable work product.

2. That at all times material to this action, the Plaintiff, DEBORAH FLICKINGER, was and is a resident of Pinellas County, Florida.

3. That at all times material to this action, the Defendant, LOVE'S TRAVEL STOPS & COUNTRY STORES, INC. INC., was and is a foreign corporation authorized to do business in the State of Florida, and was doing business and had an office for the transaction of its customary business in Hillsborough County, Florida.

4. That the Defendant, LOVE'S TRAVEL STOPS & COUNTRY STORES, owned, operated and maintained a truck stop garage located at 8436 Ford Avenue in Richmond Hill, Georgia.

5. That at all times material to this action, the Defendant, LOVE'S TRAVEL STOPS & COUNTRY STORES, INC.. owed the duty of exercising reasonable care in owning, operating and maintaining this truck stop garage and furthermore owed the duty of keeping its business premises free of dangerous conditions which it knew or should have known were present and not obvious to its customers and, furthermore, owed the duty of warning its customers of dangerous conditions on its premises that it knew, or with the exercise of reasonable care should have known, about.

6. That all of the aforementioned duties were owed to the Plaintiff, DEBORAH FLICKINGER.

7. That on or about August, 19, 2019, the Plaintiff, DEBORAH FLICKINGER was a business invitee on the premises of the Defendant, LOVE'S TRAVEL STOPS & COUNTRY STORES, INC..

8. That on the aforementioned date, the Plaintiff, DEBORAH FLICKINGER, was at the LOVE'S TRAVEL STOPS & COUNTRY STORES, INC. located at 8436 Ford Avenue in Richmond Hill, Georgia. She needed to get her tire repaired. It was raining that day. One of the employees of the Defendant told her to pull her tractor trailer into the garage which she then did. It is important to note that the surface in this garage is a concrete floor with a very shiny finish to it. Unbeknownst to the Plaintiff, DEBORAH FLICKINGER, due to the rain this concrete floor surface was very wet. There were no warning cones up and again an employee is the one that told her to pull into this garage on this rainy day. She was not told in advance that the floor was slippery. As she stepped out of her tractor trailer on to the cement surface she slipped and fell seriously injuring herself.

9. That the aforementioned condition of having a wet, shiny and slippery garage floor where the Plaintiff was told to park her tractor trailer constituted a dangerous condition on the premises which was not open and obvious to a reasonably prudent person and which was or should have been known to the Defendant in the exercise of reasonable care.

10. Defendant, LOVE'S TRAVEL STOPS & COUNTRY STORES, INC., breached its aforementioned duties to the Plaintiff in the following ways:

   (a) by failing to adequately warn the Plaintiff of this dangerous condition which existed on its premises;

   (b) by failing to adequately maintain the area in which the Plaintiff fell;

   (c) by failing to properly inspect the area;

   (d) by failing to post warning cones or signs or to have proper maintenance and inspection procedures in place so that this dangerous condition would have been corrected prior to the time the Plaintiff walked through that area; and

   (e) by telling the Plaintiff to pull her tractor trailer into the wet garage and not warning her of the situation.

11. That as a result of the aforementioned negligence by the Defendant, LOVE'S TRAVEL STOPS & COUNTRY STORES, INC., the Plaintiff, DEBORAH FLICKINGER, sustained serious and permanent injuries.

12. That as a proximate result of the said serious and permanent injuries, the Plaintiff, DEBORAH FLICKINGER, has in the past and will in the future suffer much mental and physical pain and suffering and further that the Plaintiff has suffered in the past and will suffer in the future the inability to lead a normal life, and further, the Plaintiff has also suffered in the past the loss of earnings and will suffer the loss of future earning capacity because of the permanent nature of the said

injuries and further, the Plaintiff has been required in the past and will be required in the future to spend large sums of money for remedial medical care to treat said serious and permanent injuries.

**WHEREFORE**, the Plaintiff, DEBORAH FLICKINGER, demands judgment against the Defendant, LOVE'S TRAVEL STOPS & COUNTRY STORES, INC., for all damages to which she is entitled along with the costs of this action and prejudgment interest on liquidated damages and demands a trial by jury on all issues.

TANNEY, GRIFFITH & BRESLER, P.A
Attorneys for Plaintiff
29605 U.S. 19 North, Suite 210
Clearwater, FL 33761
(727) 781-8817
SPN No. 00659921
Fla. Bar No. 0629073
SERVICE DESIGNATIONS:
Primary: tg@tanneygriffithlaw.com
Secondary: stacy@tanneygriffithlaw.com

By: /s/ Tony Griffith
TONY GRIFFITH, ESQ.

IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY, FLORIDA
CASE NO. _____

DEBORAH FLICKINGER

       Plaintiff,

-v-

LOVE'S TRAVEL STOPS &
COUNTRY STORES, INC., a foreign
corporation authorized to do business
in the state of Florida,

       Defendant.
_____/

## REQUEST FOR PRODUCTION OF DOCUMENTS

COMES NOW, the Plaintiff, DEBRA BODDEN, by and through her undersigned attorneys, TANNEY, GRIFFITH & BRESLER, P.A., and requests, pursuant to 1.350, within forty-five (45) days after service hereof, the Defendant, LOVE'S TRAVEL STOPS & COUNTRY STORES, INC., to produce and permit counsel for Plaintiff to inspect and copy the documents requested herein at the offices of TANNEY, GRIFFITH & BRESLER, P.A., 29605 U.S. 19 N., Suite 210, Clearwater, FL 33761:

1. Defendant is requested to produce copies of any and all photographs taken at the scene of the incident described in the Complaint which do or might reveal marks, damage or conditions which no longer exist at said scene or which probably no longer exist at said scene on the date of the filing of this request.

2. Please provide each and every insurance agreement or policy under which the insurer may be liable to pay all or part of a judgement entered in this action or to reimburse Defendant for payments made to satisfy a judgement in this action.

3. Please provide a copy of any and all policies of insurance of any kind or nature which would provide benefits to the Plaintiff by reason of incidents described in the Complaint, including the declaration pages.

4. Copy of any statements you may have in your possession which the Plaintiff may have made to anyone concerning the incident of August 19, 2019.

5. Please provide a copy of the video surveillance and/or digital media for not only the incident in question, but also a copy of the video surveillance and/or digital media for one hour after this incident and 48 hours prior to this incident.

6. Please provide a copy of any floor plan that depicts the layout of the premises where the incident occurred that is the subject of this complaint.

I HEREBY CERTIFY that a true and correct copy of the above has been served on the Defendant together with the Complaint in this matter.

TANNEY, GRIFFITH & BRESLER, P.A.
Attorneys for Plaintiff
29605 U.S. 19 North, Suite 210
Clearwater, FL 33761
(727) 781-8817
SPN No. 00659921
Fla. Bar No. 0629073

SERVICE DESIGNATIONS:
Primary: tg@tanneygriffithlaw.com
Secondary: stacy@tanneygriffithlaw.com

By: /s/ Tony Griffith
    TONY GRIFFITH, ESQ.